69,259-01

To: Michael F. Stauffacher                                    May 4, 2015
Supervising Attorney - Post Conviction
Texas Court of Crim - Appeals

Email: At Alvaughn and Temeka @ yahoo.com
Send to Alvaughn Williams
Att: Billy Ray Williams

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 07 2015
Abel Acosta, Clerk

Dear Sir

Greetings, I am writing you concerning some information on an Art 11.07

I recently recieved a copy of a publication on this subject titled A Guide to article 11.07 writs of Habeas Corpus and other State writs For which i am extremely grateful to you and your office for publishing and making available. I learned quite a bit from this and recieved answers to many of my questions. I want to take this time to thank you for your expertise and the care you take in explaining these issues clearly.

I want to ask you, if it at all possible would you send me an actual memorandum from an Ex parte case, so i can use as a "Template" I have limited experience and would like to file pro se and to have actual example to go on would be most helpful i have the "forms" and understands of what is required to fill these out the grounds and the procedures.

But to have an actual memorandum to use as a format, extremely helpful and i would be much appreciated. If this for some reason this is not possible for ethical or someother reason. Would you please inform me or point me to someone who could. Email - Alvaughn and Temeka @ yahoo. Com Thank you for any and all consideration in this request.

Thanks Sincerely your
Billy R. Williams